UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK E. WALKER (#550507)

CIVIL ACTION

VERSUS

NO. 13-553-JJB-RLB

JAMES LEBLANC, ET AL.

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 9, 2016 (doc. no. 116) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the defendants' Motion for Summary Judgment (doc. no. 109) is GRANTED, dismissing the plaintiff's claims asserted against all remaining defendants, and this action is DISMISSED.

Baton Rouge, Louisiana, this ___ day of March, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA